UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 14-cr-00208-MSK

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1.  WILLIAM ROBERT LAWRENCE,

   Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA AND SENTENCING HEARINGS

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#19)** on August 27, 2014, by Defendant.  The Court construes this Notice as a motion to change

his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.  Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

   pending determination of those matters.

2.  A Change of Plea hearing is set for **October 20, 2014,**  at **9:00 a.m.** and a

   Sentencing hearing is set for **January 7, 2015**, at **9:00 a.m.** in the United States

   District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S.

   Courthouse, 901 19th Street, Denver, Colorado.[1]

3.  The final trial preparation conference set for October 16, 2014, and the October

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

20, 2014, trial date are **VACATED**.

Dated this 28th day of August, 2014.

BY THE COURT:

Marcia S. Krieger
Chief United States District Judge